IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS RUBEN ELLINGTON,

    Plaintiff,                   No. 2:09-cv-2985 JFM (PC)

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.             <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se. On December 14, 2009, plaintiff filed a motion for injunctive relief contending he is in imminent danger of irreparable harm. However, plaintiff's allegations pertain to conditions of confinement at Kern Valley State Prison against defendants who are not parties to the instant action, but relate to defendants named and allegations raised in Fresno case number 1:09-cv-2141 DLB (PC). Thus, petitioner's motion is more appropriately raised in Fresno case number 1:09-cv-2141 DLB (PC).

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall transfer plaintiff's December 14, 2009 motion (#14) to the Fresno Division of this court for filing in 1:09-cv-2141 DLB (PC). Plaintiff is reminded that all future filings concerning defendants located at

/////

1

1 Kern Valley State Prison shall be filed at the Fresno address and reference the Fresno case
2 number. (December 9, 2009 Order at 2.)
3 DATED: December 22, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; elli2985.tf