IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS RUBEN ELLINGTON,

    Plaintiff,               No. 2:09-cv-2985 MCE KJN P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.          <u>ORDER</u>

                             /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 12, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2010 (Dkt. No. 21) are adopted in full; and

2. Plaintiff's January 29, 2010 motion for injunctive relief (Dkt. No. 19) is denied.

Dated: March 9, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE